```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LYNK MEDIA, LLC,

                Plaintiff,           23-cv-5845 (JGK)

      - against -              ORDER

PEACOCK TV LLC, ET AL.,

                Defendants.

**JOHN G. KOELTL**, District Judge:

The plaintiff will file an amended complaint by **October 2, 2023**. The defendants' time to move or answer is **October 23, 2023**. The plaintiff must respond to any motion by **November 6, 2023**. The defendants' time to reply is **November 17, 2023**.

SO ORDERED.

Dated:    New York, New York
            September 26, 2023

                                          John G. Koeltl
                                  United States District Judge