UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYNK MEDIA, LLC,

                Plaintiff(s)

                23 civ 5845 (JGK)

      -against-

PEACOCK TV LLC.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

A motion to dismiss pending since October 2, 2023,

The November 7, 2023 conference is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 1, 2023