UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYNK MEDIA, LLC,                                    23-cv-5845 (JGK)

                Plaintiff,              ORDER

    - against -

PEACOCK TV LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 21.

SO ORDERED.

Dated:    New York, New York
            November 20, 2023

                                                John G. Koeltl
                                           United States District Judge