UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

LYNK MEDIA, LLC,                                    23-cv-5845 (JGK)

               Plaintiff,                      ORDER

    - against -

PEACOCK TV LLC, ET AL.,

              Defendants.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **June 7, 2024.**

**SO ORDERED.**

Dated:    New York, New York
            May 24, 2024

                                         /s/ John G. Koeltl
                                              John G. Koeltl
                                        United States District Judge